```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 17064
   NILA L COLLINS
   ALFRED COLLINS                             CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

          Debtor
  SSN XXX-XX-4424    SSN XXX-XX-0017

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 07/01/2008 and was confirmed 10/09/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 01/22/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-------------------------------------------------------------------------------
LASALLE BANK NATL ASSOC   CURRENT MORTG    8711.11           .00          8711.11
LASALLE BANK NATL ASSOC   MORTGAGE ARRE   43994.20           .00              .00
FIRST FRANKLIN LOAN SERV  UNSECURED       NOT FILED          .00              .00
FIRST FRANKLIN LOAN SERV  NOTICE ONLY     NOT FILED          .00              .00
CHRYSLER FINANCIAL SVC A  SECURED VEHIC    9800.00           .00           926.53
CHRYSLER FINANCIAL SVC A  UNSECURED        4426.49           .00              .00
CHRYSLER CREDIT           NOTICE ONLY     NOT FILED          .00              .00
COOK COUNTY TREASURER     SECURED NOT I        .00           .00              .00
COOK COUNTY TREASURER     UNSECURED       NOT FILED          .00              .00
COOK COUNTY TREASURER     SECURED          9571.33           .00           885.03
COOK COUNTY TREASURER     UNSECURED       NOT FILED          .00              .00
NUVELL CREDIT CO LLC      SECURED VEHIC   18564.56           .00          1995.96
NUVELL CREDIT CO LLC      UNSECURED       NOT FILED          .00              .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED          .00              .00
D PATRICK MULLARKEY       NOTICE ONLY     NOT FILED          .00              .00
INTERNAL REV SVC          NOTICE ONLY     NOT FILED          .00              .00
US ATTORNEYS OFFICE       NOTICE ONLY     NOT FILED          .00              .00
ROUNDUP FUNDING LLC       UNSECURED         473.59           .00              .00
PORTFOLIO RECOVERY        UNSECURED       31555.19           .00              .00
HSBC BANK NEVADA          UNSECURED         507.79           .00              .00
CREDIT ONE BANK           NOTICE ONLY     NOT FILED          .00              .00
HOME DEPOT CREDIT SERVIC  UNSECURED       NOT FILED          .00              .00
HOME DEPOT                NOTICE ONLY     NOT FILED          .00              .00
ROUNDUP FUNDING LLC       UNSECURED         713.96           .00              .00
HSBC BANK NEVADA          UNSECURED         298.85           .00              .00
ORCHARD BANK              NOTICE ONLY     NOT FILED          .00              .00
ROGERS & HOLLAND          UNSECURED         551.09           .00              .00
ROGERS & HOLLAND          NOTICE ONLY     NOT FILED          .00              .00
CAPITAL RECOVERY II       UNSECURED         178.75           .00              .00
WASHINGTON MUTUAL CARD S  UNSECURED       NOT FILED          .00              .00
ANDREA ROBY               NOTICE ONLY     NOT FILED          .00              .00
ADRIAN GARDEN             NOTICE ONLY     NOT FILED          .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 17064 NILA L COLLINS & ALFRED COLLINS
```

```
WELLS FARGO               NOTICE ONLY    NOT FILED              .00           .00
NATIONAL CAPITAL MGMT LL  UNSECURED       3265.51                .00           .00
CHRYSLER CREDIT CORP      NOTICE ONLY    NOT FILED              .00           .00
CAVALRY PORTFOLIO SERVIC  UNSECURED       1877.95                .00           .00
ROGERS & HOLLAND          SECURED          350.00                .00           .00
ASSET ACCEPTANCE LLC      UNSECURED       2337.33                .00           .00
PORTFOLIO RECOVERY        UNSECURED         31.37                .00           .00
PRA RECEIVABLES MGMT      UNSECURED       1652.74                .00           .00
PRA RECEIVABLES MGMT      UNSECURED        367.25                .00           .00
MARIX SERVICING           MORTGAGE NOTI  NOT FILED              .00           .00
MARIX SERVICING LLC       CURRENT MORTG      .00                .00           .00
MARIX SERVICING LLC       SECURED NOT I  25675.52                .00           .00
LVNV FUNDING LLC ASSIGNE  UNSECURED       1301.32                .00           .00
PRA RECEIVABLES MGMT      UNSECURED        625.57                .00           .00
HSBC BANK NEVADA NA       UNSECURED         49.70                .00           .00
INTERNAL REVENUE SERVICE  UNSECURED       3878.53                .00           .00
TIMOTHY K LIOU            DEBTOR ATTY        .00                              .00
TOM VAUGHN                TRUSTEE                              1,000.37
DEBTOR REFUND             REFUND                                              .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  13,519.00

PRIORITY                                                 .00
SECURED                                            12,518.63
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                               1,000.37
DEBTOR REFUND                                            .00
                         ---------------    ---------------
TOTALS                    13,519.00              13,519.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                             /s/ Tom Vaughn
     Dated: 03/05/09        _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 08 B 17064 NILA L COLLINS & ALFRED COLLINS